NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID WAYNE BILLS,             )
                                  )
       Appellant,         )
                                  )
v.                         )         Case No. 2D18-2550
                                  )
STATE OF FLORIDA,         )
                                  )
       Appellee.          )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney,
Judge.

David Wayne Bills, pro se.

PER CURIAM.

        Affirmed.

CASANUEVA, KHOUZAM and ATKINSON, JJ., Concur.